Mr. Johnson, you may proceed to the council table. The court has received in Spancher a motion, a request, filed by Attorney Petty. Appellant's attorney in this matter, requesting a continuance as he suggested to this court that he was not aware that he had oral arguments scheduled this morning. However, we do have an attached receipt signed by Mr. Petty, received by the 3rd District Court, which is our administrative court, on August 5th, which is a signed receipt by Mr. Petty acknowledging the receipt of this court's calendar. And so, he was on notice and given an opportunity within 7 days of receiving the notice from our court, which was sent July 29th to council as to any unavailability for that scheduling. So, the court takes notice of that receipt that Mr. Petty had notice of oral argument and his motion to continue is denied. Pursuant to Supreme Court Rule 352, Mr. Johnson, you are permitted argument, reduced argument, but in this court, 15 minutes, if you so proceed, if you wish to argue your brief before this court. I will stand on my brief. Thank you. You're asked to affirm your brief. Yes, I am. Thank you, Mr. Johnson. We'll proceed to the next case.